# BAIRD ★ FARRELLY, PLLC

WR-82,807-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/11/2015 4:25:52 PM
Accepted 6/11/2015 4:35:55 PM
ABEL ACOSTA
CLERK

2312 Western Trails Blvd, Suite 102-A
Austin, Texas 78745-1677
512.804.5911 (tel)
512.804.5919 (fax)

**Charles F. (Charlie) Baird***
**jcfbaird@gmail.com**

Amber D. Farrelly†
adfelaw@gmail.com

RECEIVED
COURT OF CRIMINAL APPEALS
6/11/2015
ABEL ACOSTA, CLERK

June 11, 2015

Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

RE: Valdez, Justin: No. WR-82,807-01

Dear Sir or Madam:

We are inquiring about the status of the above-mentioned case. It is our understanding that as of this date, it is still pending.

We intend to submit a PDR on this case as soon as permitted.

Sincerely,

Charles F. Baird
Attorney at Law

†BEI Certified
*Retired Judge, 299th District Court and Court of Criminal Appeals